IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER SHANNON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-5220 |
| HOBART, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of February, 2011, upon consideration of Defendants, Hobart and Hobart Corp.'s, Motion for Summary Judgment (Doc. No. 14), Plaintiff, Heather Shannon's, Response and the replies thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.** It is **FURTHER ORDERED** that Defendants' Motion In Limine to Exclude the Testimony and Opinions of John Bassani (Doc. No. 13) is **GRANTED**, and Defendants' Motion In Limine to Exclude the Testimony and Opinions of Carolyn C. Uveges, Lorraine E. Buchanan, and David L. Hopkins (Doc. No. 12) is **DENIED** as moot.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE